| | |
|---|---|
| 1 | CASPER J. RANKIN (CA SBN 249196) |
| | ERIN L. LANEY (CA SBN 259863) |
| 2 | PHILLLIP GILES (CA SBN 272582) |
| | PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |

Attorneys for  DEUTSCHE BANK, N.A. AS TRUSTEE FOR WAMU 2005-AR2

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re | Case No. 10-74939 |
|---|---|
| AZIZ MOHAMMAD KARIM  AND NAFISA AZIZ KARIM , | Chapter 13 |
| Debtors. | **WASHINGTON MUTUAL BANK'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS** |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for Deutsche Bank, N.A. as trustee for WAMU 2005-AR2 hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

////

////

REQUEST FOR SPECIAL NOTICE

Erin L. Laney
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

  a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

  b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in the instant proceeding. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

  c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

  d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

  e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: February 9, 2011    PITE DUNCAN, LLP

            /s/ Phillip Giles
            PHILLIP GILES
            Attorneys for DEUTSCHE BANK, N.A. AS TRUSTEE FOR WAMU 2005-AR2

|   | CERTIFICATE OF SERVICE BY MAIL |
|---|---|

1  CERTIFICATE OF SERVICE BY MAIL

2  I, Brad Beherns, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.

I served the attached REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS by placing a true copy thereof in an envelope addressed to:

Corrine Bielejeski
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

Aziz Mohammad Karim
and Nafisa Aziz Karim
32237 Chechester Drive
Union City, CA 94587

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

which envelope was then sealed and postage fully prepaid thereon, and thereafter on February 9, 2011, deposited in the United States Mail at San Diego, California. There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 9, 2011            /s/ Brad Beherns
                                   BRAD BEHERNS