PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed March 18, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                        Case No. 10-74939 RJN

**AZIZ MOHAMMAD KARIM and**                   Chapter 13
**NAFISA AZIZ KARIM**
                Debtors.
                                              ORDER VALUING LIEN OF
                                              CITIBANK, NA
_____/

On February 10, 2011, Aziz and Nafisa Karim (hereinafter Debtors) served a motion to value the lien of Citibank, NA (hereinafter Lienholder) against the property commonly known as 32237 Chechester Drive, Union City, CA 94587, which lien was recorded in Alameda County on or about January 03, 2005 as document 2005001485 and modified on or about March 17, 2006 in document 2006101652 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

|     | COURT SERVICE LIST |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   | Law Offices of Patrick L. Forte |
|     | One Kaiser Plaza, Suite 480 |
| 4   | Oakland, CA 94612 |
| 5   | Aziz and Nafisa Karim |
|     | 32237 Chechester Drive |
| 6   | Union City, CA 94587 |
| 7   |     |
|     | Attn: Officer |
|     | Citibank, NA |
| 8   | 3900 Paradise Road, Suite 127 |
|     | Las Vegas, NV 89109 |
| 9   |     |
|     | Attn: Officer |
| 10  | JP Morgan Chase Bank, NA |
|     | 1111 Polaris Parkway |
| 11  | Columbus, OH 43240 |
| 12  |     |
|     | Attn: Officer |
|     | JP Morgan Chase Bank, NA |
| 13  | c/o CT Corporation System |
|     | 818 W 7th Street |
| 14  | Los Angeles, CA 90017 |
| 15  |     |
|     | Attn: Officer |
| 16  | Deutsche Bank Trust Company Americas |
|     | 60 Wall St. |
|     | New York, NY 10005 |
| 17  |     |
| 18  | Attn: Officer |
|     | CitiMortgage, Inc. |
|     | PO Box 30509 |
| 19  | Tampa, FL 33631 |
| 20  |     |
|     | Attn: Officer |
|     | CitiMortgage, Inc. |
| 21  | C/o CT Corporation System |
|     | 818 W 7th St. |
| 22  | Los Angeles, CA 90017 |
| 23  |     |
|     | Attn: Officer |
|     | CitiMortgage, Inc. |
| 24  | PO Box 660065 |
|     | Dallas, TX 75266-0065 |
| 25  |     |
| 26  | Attn: Officer |
|     | Chase Home Finance, LLC |
|     | 194 Wood Ave. S |

1. Iselin, NJ 08830
2. Attn: Officer
   Chase Home Finance, LLC
3. c/o CT Corporation System
   818 W 7th Street
4. Los Angeles, CA 90017