| | |
|---|---|
| 1<br>2<br>3 | Martha G. Bronitsky<br>Chapter 13 Standing Trustee<br>Po Box 5004<br>Hayward,CA 94540 |
| 4 | Trustee for Debtor(s) |

**Entered on Docket**
**May 06, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed May 6, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re<br>Aziz Mohammad Karim<br>Nafisa Aziz Karim<br><br>Debtor(s) | Chapter 13 Case Number:<br>10-74939-WJL13<br><br>In Proceedings Under<br>Chapter 13 of the<br>Bankruptcy Code |
|---|---|

## ORDER DISCHARGING CHAPTER 13 TRUSTEE AND FINAL DECREE

The Chapter 13 Plan of the debtor(s) having been fully performed, and the estate of the above-named debtor(s) having been fully administered,

IT IS ORDERED AS FOLLOWS:

The Final Account of Martha G. Bronitsky, Chapter 13 Standing Trustee is approved, she is discharged as Trustee after having fully performed her duties, and her bond is cancelled.

END OF ORDER

COURT SERVICE LIST

Aziz Mohammad Karim
Nafisa Aziz Karim
32237 Chechester Drive
Union City,CA 94587

(Debtor(s))

Patrick L Forte Atty
1624 Franklin St #911
Oakland,CA 94612

(Counsel for Debtor)