

PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

The following constitutes the order of the court.
Signed June 17, 2016

Attorneys for Debtors

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-74939 WJL** |
| **AZIZ MOHAMMAD KARIM and NAFISA AZIZ KARIM,** | **Chapter 13** |
| Debtors. | **ORDER VACATING ORDER DISCHARGING CHAPTER 13 TRUSTEE AND FINAL DECREE** |

    The Court having considered the Debtor's Ex-Parte Motion to Vacate Order Discharging Chapter 13 Trustee and Final Decree and good cause appearing;

    **IT IS ORDERED** that the Order Discharging Chapter 13 Trustee and Final Decree is vacated.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'